UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM PRAILEAU, ET AL,

                Plaintiffs,

-against-

THE UNITED STATES, ET AL,

                Defendants.

22-CV-8866 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 27, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge